*Friday, October 8, 1999*

## MERIT DOCKET

**99–1722.    State ex rel. Valore v. Summit Cty. Bd. of Elections.**
In Mandamus. Writ denied consistent with the opinion to follow.
    MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur based on laches.
    DOUGLAS, J., concurs based on no abuse of discretion.
    RESNICK, J., concurs.
    PFEIFER, J., dissents and would grant the writ.

*Tuesday, October 12, 1999*

## MOTION DOCKET

**99–1452.    State v. Braden.**
Franklin C.P. No. 98CR084601. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time to transmit the record,
    IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to November 19, 1999.

## MISCELLANEOUS DISMISSALS

**99–1757.    State v. Slentz.**
Jefferson App. No. 97JE17. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, October 14, 1999*

## MOTION DOCKET

**97–1187.    State v. Goodwin.**
Cuyahoga App. No. 68531. Upon appellant's notice that all state post-conviction proceedings are now exhausted,
    IT IS ORDERED by the court that a new execution date be set.
    IT IS HEREBY ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 12th day of January 2000, in accordance with the statutes so provided.
    IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.